Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
MARTIN L. SCHILLER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN L. SCHILLER, | Case No.: 2:15-cv-00430-JAD-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Martin L. Schiller and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from June 18, 2015 to July 18, 2015 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

-1-

1  This request is made at the request of Plaintiff's counsel to allow additional time to
2  fully research the issues presented or otherwise plead.
3  DATE: June 18, 2015				Respectfully submitted,
4							ROHLFING & KALAGIAN, LLP
5							/s/ *Marc V. Kalagian*
				BY: _____
6							Marc V. Kalagian
							Attorney for plaintiff Mr. Martin L. Schiller
7
8

9  DATE:  June 18, 2015
							DANIEL G. BOGDEN
10							United States Attorney
11							/s/ *April A. Alongi*
12				BY: _____
							APRIL A. ALONGI
13							Special Assistant United States Attorney
							Attorneys for defendant Carolyn W. Colvin
14							|*authorized by e-mail|
15
16  IT IS SO ORDERED:	_____
17							UNITED STATES MAGISTRATE JUDGE
18  DATED:  June 19, 2015
19
20     No further extensions will be granted.
21
22
23
24
25
26

-2-